**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

CARROLL GENE JOHNSON
ADC #138237                                                                                              PLAINTIFF

V.                                              2:08CV00052 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                              DEFENDANTS

## ORDER

On July 18, 2008, the Court entered a Proposed Findings and Recommended Disposition suggesting that Defendants' Motion to Dismiss be granted, and that this *pro se* § 1983 action be dismissed, with prejudice. *See* docket entry #24. The parties consented to proceed before a United States Magistrate Judge on July 25, 2008, which was before the Honorable James M. Moody, United States District Judge, ruled on the Recommended Disposition. *See* docket entry #27.

IT IS THEREFORE ORDERED THAT the July 18, 2008 Proposed Findings and Recommended Disposition (docket entry #24) is VACATED.

Dated this 28th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE