## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

CARROLL GENE JOHNSON
ADC #138237                                                                              PLAINTIFF


V.                                    2:08CV00052 JTR


LARRY NORRIS, Director,
Arkansas Department of Correction,  et al.                                DEFENDANTS


### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon

which relief may be granted, and Judgment is entered in favor of Defendants on all claims set forth

herein.  Dismissal constitutes a "strike" as defined by 28 U.S.C. § 1915(g).   Further, the Court

certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment

and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 29th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE